# Court of Appeals
# of the State of Georgia

ATLANTA,    March 22, 2013

*The Court of Appeals hereby passes the following order:*

## A13A1353.  A. L. TURNER, et al. v. THOMAS MCCLENDON, et al.

Gwendolyn and Thomas McClendon filed a petition for ejectment and writ of possession against Debbie Diane Patterson, A. L. Tanner, and Jerry Baugh.  Baugh failed to answer and is in default, but Patterson and Tanner answered the complaint, claiming ownership of the property at issue.  The trial court entered an order granting the McClendons' petition for ejectment and writ of possession.  Defendants Patterson and Tanner seek to appeal this ruling, and they filed a notice of appeal with this Court.

"Cases respecting title to land, as that term is used in the Constitution for the purpose of defining the jurisdiction of [the Supreme Court], refer to and mean actions at law, such as ejectment and statutory substitutes, in which the plaintiff asserts a presently enforceable legal title against the possession of the defendant for the purpose of recovering the land." (Punctuation omitted.) *Bond v. Ray*, 207 Ga. 559, 562 (63 SE2d 399) (1951) Because this appears to be such a case, it is not within this Court's appellate jurisdiction. Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (1) and (2); *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 03/22/2013
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*